# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:19−cv−00446−ADA

Shrader v. Davis  
Assigned to: Judge Alan D Albright  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/29/2019  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Mark Lynn Shrader**  represented by  **Mark Lynn Shrader**  
#2115368  
Telford Unit  
3899 Hwy. 98  
New Boston, TX 75570  
PRO SE

V.

**Respondent**

**Lorie Davis**  represented by  **Edward L. Marshall**  
Assistant Attorney General  
State of Texas  
P.O. Box 12548  
Capitol Station  
Austin, TX 78711−2548  
(512) 936−1400  
Fax: (512) 936−1280  
Email: edward.marshall@oag.texas.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2019 | Ï 1 | Petition for Writ of Habeas Corpus filed by Mark Lynn Shrader.(bw) (Entered: 07/29/2019) |
| 07/29/2019 | Ï 2 | Case Opening Letter. (Attachments: # 1 Privacy Policy)(bw) (Entered: 07/29/2019) |
| 07/31/2019 | Ï 3 | ORDER TO TRANSFER CASE TO HOUSTON DIVISION OF THE SOUTHERN DISTRICT OF TEXAS.. Signed by Judge Alan D Albright. (bw) (Entered: 07/31/2019) |